ESBER BEVERAGE COMPANY, APPELLANT, *v.* CANANDAIGUA WINE COMPANY, INC., APPELLEE.

[Cite as *Esber Beverage Co. v. Canandaigua Wine Co.* (1994), 68 Ohio St.3d 463.]

(No. 93–86—Submitted January 25, 1994—Decided March 23, 1994.)

*Comstock, Springer & Wilson* and *Marshall D. Buck,* for appellant.

464

*Jones, Day, Reavis & Pogue, John W. Edwards II, Kathleen B. Burke* and *John M. Majoras,* for appellee.

———————

The cause is affirmed on authority of *Tri County Distrib., Inc. v. Canandaigua Wine Co.* (1993), 68 Ohio St.3d 123, 623 N.E.2d 1206.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.